Brent COLBERT, on Behalf of
Himself and All Others
Similarly Situated

v.

DYMACOL, INC.; Intellirisk
Management Corp.,
Appellants

No. 01–4397.

United States Court of Appeals,
Third Circuit.

Oct. 3, 2002.

Before ROTH, RENDELL, and
ROSENN, Circuit Judges.

ORDER

A majority of the active judges having voted for rehearing en banc in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed August 28, 2002 and list the above for rehearing en banc at the convenience of the Court.